**No. 09-8848. Victor Scroggins, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1040, 130 S. Ct. 2069, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2905.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8857. Jerome Julius Brown, Sr., Petitioner v. Barack H. Obama, President of the United States, et al.**

559 U.S. 1040, 130 S. Ct. 2069, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2819.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 352 Fed. Appx. 446.

**No. 09-8860. Jesse Raymond Rutledge, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1040, 130 S. Ct. 2069, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2799.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8865. Eugene Horton, Petitioner v. United States.**

559 U.S. 1041, 130 S. Ct. 2070, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2871.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 889.

**No. 09-8874. Fontelle Ricardo Groves, Petitioner v. United States.**

559 U.S. 1041, 130 S. Ct. 2070, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2847.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 840.

**No. 09-8908. Kenneth Edward Barbour, Petitioner v. Western Regional Director, Virginia Department of Corrections, et al.**

559 U.S. 1041, 130 S. Ct. 2070, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2862.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-8926. Willie Dee Wesson, Petitioner v. United States.**

559 U.S. 1041, 130 S. Ct. 2071, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2831.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 583 F.3d 728.

**No. 09-8932. Earl Jefferson, Petitioner v. Howard Carlton, Warden.**

559 U.S. 1041, 130 S. Ct. 2071, 176 L. Ed. 2d 421, 2010 U.S. LEXIS 2865.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.